### Keith A. BATTEN, Plaintiff–Appellant,

v.

### INTERNATIONAL REFRIGERATED PORT SERVICES, Defendant–Appellee.

No. 01–1155.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

---

Keith A. Batten, pro se. Kevin D. Holden, Spotts, Fain, Buis, Chappell & Anderson, Richmond, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Keith A. Batten appeals the district court's order granting summary judgment to Defendant in his Title VII suit for wrongful discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Batten v. International Refrigerated Port Servs.*, No. CA–00–499 (E.D.Va. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*